James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas, Texas 75214-3451
(214) 827-9112

Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VIRGINIA MARIE VOYLES | § | CASE NO. 15-33694-MVL7 |
| | § | |
| DEBTOR | § | |

## TRUSTEE'S REQUEST FOR CHANGE OF STATUS

To the Clerk of the Bankruptcy Court:

The above entitled and numbered proceeding was originally noticed as a no-asset case. No Claims bar date has been established. There now appear to be assets to be administered and I hereby request that the status of this proceeding be changed to an asset case. Please establish a bar date and notify creditors to file a Proof of Claim.

Date: July 26, 2022

_James W. Cunningham, Trustee_

TRUSTEE'S REQUEST FOR CHANGE OF STATUS