Emily S. Wall
State Bar No. 24079534
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573-7307
Email: ewall@chfirm.com

Attorneys for James W. Cunningham, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In Re:<br><br>VIRGINIA MARIE VOYLES,<br><br>Debtor. | §<br>§<br>§<br>§   Case No. 15-33694-mvl7<br>§<br>§<br>§ |

## **NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that the *Trustee's Objection to Debtor's Amended Claim of Exemptions* [Docket No. 38] is hereby WITHDRAWN.

Upon reopening this case for administration of a potential product liability / personal injury cause of action, the trustee filed a notice with the Court that there appeared to be assets to be administered for the benefit of creditors. On July 26, 2022, the Court issued a *Notice to File Claim* (docket #26), and a bar date for creditors to file a claim was set at October 28, 2022.  The bar date has passed, and no creditors have filed a claim.  With no creditors, any dispute over exemptions is moot since all funds will revert to the debtor

Respectfully submitted,

/s/ Emily S. Wall
Emily S. Wall
State Bar No. 24079534
CAVAZOS HENDRICKS POIROT, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202

Phone: (214) 573-7307
Email: ewall@chfirm.com

Attorneys for James W. Cunningham, Trustee

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Notice of Withdrawal* was served on December 2, 2022 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means, including counsel for the Debtor.

/s/ Emily S. Wall
Emily S. Wall